IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. _____ |
| ) | |
| ALIPHCOM D/B/A JAWBONE and ) | **DEMAND FOR JURY TRIAL** |
| BODYMEDIA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FITBIT, INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Fitbit, Inc. ("Fitbit"), by and through its undersigned counsel states that it has no parent corporation, and that there is no publicly held corporation owning 10% or more of Fitbit's stock.

OF COUNSEL:

Josh A. Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

Wayne M. Barsky
Jason C. Lo
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 552-8500

Frederick S. Chung
Stuart M. Rosenberg
Neema Jalali
Alison Watkins
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5392

October 29, 2015

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff*