IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 15-990 (UNA) ) |
| ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC., | ) DEMAND FOR JURY TRIAL ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF MAILING

Jack B. Blumenfeld declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. On information and belief, AliphCom is a California corporation with its principal place of business located at 99 Rhode Island Street; Third Floor; San Francisco, California 94105.

3. On November 2, 2015, copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104, to AliphCom d/b/a Jawbone; 99 Rhode Island Street; Third Floor; San Francisco; CA 94103; Attn: Legal Department. *See* Exhibit A.

4. On November 3, 2015, I received notification that AliphCom received the Summons, Complaint and related papers on November 3, 2015. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2015.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)