# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jack B. Blumenfeld
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

November 2, 2015

AliphCom d/b/a Jawbone　　　　　　　　　　　　　　　　　*VIA FEDERAL EXPRESS*
99 Rhode Island Street
Third Floor
San Francisco, CA 94103
Attn: Legal Department

      Re:   *FitBit, Inc. v. AliphCom d/b/a Jawbone, et al.*
              C.A. No. 15-990 (District of Delaware)

Dear Sir / Madam:

      Enclosed are copies of the Complaint, Summons and related papers in the above-referenced matter, which are being served herewith on AliphCom d/b/a Jawbone pursuant to 10 Del. C. § 3104. Pursuant to § 3104(g), the time for AliphCom d/b/a Jawbone to serve an answer shall be computed from the date of the mailing of this letter.

                              Sincerely,

                              */s/ Jack B. Blumenfeld*

                              Jack B. Blumenfeld

JBB/dlw
Enclosures

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| FITBIT, INC. </br></br> *Plaintiff(s)* </br> v. </br> ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC. </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 15cv 990 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AliphCom d/b/a Jawbone
99 Rhode Island Street
Third Floor
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **OCT 3 0 2015**

Signature of Clerk or Deputy Clerk



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# FedEx. Shipment Receipt

## Address Information

**Ship to:**
Attn: Legal Department
AliphCom d/b/a Jawbone
99 Rhode Island Street
Third Floor
San, CA
94103
US
000-000-0000

**Ship from:**
Diana Welham
Morris Nichols
1201 N. Market St
18th Floor
Wilmington, DE
19801
US
3023519321

## Shipment Information:
Tracking no.: 774877969229
Ship date: 11/02/2015
Estimated shipping charges:  0.00

## Package Information
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Pak
Number of packages: 1
Total weight: 2   LBS
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information:
Bill transportation to: Morris Nichols-434
Your reference:  77681
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# EXHIBIT B

My Profile | Support | Locations | English  Search Subr

**FedEx.** Ship | Track | Manage | Learn | FedEx Office ®  Login

## FedEx ® Tracking

**774877969229**

Ship date:
Mon 11/02/2015

Actual delivery:
Tue 11/03/2015 9:26 am

Wilmington, DE US

**Delivered**
Signed for by: N.NORTON

San, CA US

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 11/03/2015 - Tuesday | | |
| 9:26 am | Delivered | San, CA |
| 8:07 am | On FedEx vehicle for delivery | SAN FRANCISCO, CA |
| 7:05 am | At local FedEx facility | SAN FRANCISCO, CA |
| 5:33 am | At destination sort facility | SAN FRANCISCO, CA |
| 3:40 am | Departed FedEx location | MEMPHIS, TN |
| 12:01 am | Arrived at FedEx location | MEMPHIS, TN |
| 11/02/2015 - Monday | | |
| 8:45 pm | Left FedEx origin facility | NEW CASTLE, DE |
| 7:32 pm | Picked up | NEW CASTLE, DE |
| 12:51 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 774877969229 | Service | FedEx Priority Overnight |
| Weight | 2 lbs / 0.91 kgs | Signature services | Adult signature required |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 2 lbs / 0.91 kgs | Shipper reference | 77681 |
| Packaging | FedEx Pak | Special handling section | Deliver Weekday, Adult Signature Required |

**FedEx.**

Search Subr

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2015

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



November 4, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number **774877969229**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | N.NORTON | **Delivery location:** | 99 RHODE ISLAND ST 3<br>San, CA 94103 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Nov 3, 2015 09:26 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774877969229 | **Ship date:** | Nov 2, 2015 |
| | | **Weight:** | 2.0 lbs/0.9 kg |

**Recipient:**
Attn: Legal Department
AliphCom d/b/a Jawbone
99 Rhode Island Street
Third Floor
San, CA 94103 US
**Reference**

**Shipper:**
Diana Welham
Morris Nichols
1201 N. Market St
18th Floor
Wilmington, DE 19801 US
77681

Thank you for choosing FedEx.