IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FITBIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-775 (RGA) |
| | ) | |
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| FITBIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-990 (RGA) |
| | ) | |
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Josh A. Krevitt of GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, NY 10166, Wayne Barsky of GIBSON, DUNN & CRUTCHER LLP, 2029 Century Park East, Los Angeles, CA 90067-3026 and Frederick S. Chung of GIBSON, DUNN & CRUTCHER LLP, 1881 Page Mill Road, Palo Alto, CA 94304 to represent plaintiff in these matters.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jack B. Blumenfeld*

                                      Jack B. Blumenfeld (#1014)
                                      Paul Saindon (#5110)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      psaindon@mnat.com

                                      *Attorneys for Plaintiff*

November 11, 2015

## ORDER GRANTING MOTION

        IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Josh A. Krevitt, Wayne Barsky and Frederick S. Chung is granted.

Dated: _____         _____
                                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, State of New Jersey, and State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/2014, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: November 10, 2015

Josh A. Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/2014, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: November 10, 2015

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 552-8500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/2014, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: November 10, 2015

_____
Frederick S. Chung
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5392

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 11, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *BY ELECTRONIC MAIL* |
| Kalpana Srinivasan, Esquire<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA  90067-6029<br>*Attorneys for Defendants* | *BY ELECTRONIC MAIL* |
| Max L. Tribble, Jr., Esquire<br>Joseph S. Grinstein, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002-5096<br>*Attorneys for Defendants* | *BY ELECTRONIC MAIL* |
| Genevieve Vose Wallace, Esquire<br>Edgar G. Sargeant, Esquire<br>Lindsay Calkins, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Defendants* | *BY ELECTRONIC MAIL* |

2

Elisha Barron, Esquire                                              *BY ELECTRONIC MAIL*
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY  10022-6828
*Attorneys for Defendants*

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)