**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FITBIT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-cv-990-RGA |
| | ) |
| ALIPHCOM D/B/A JAWBONE and | ) |
| BODYMEDIA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the time for Defendants to answer, move or otherwise respond to the Complaint shall be

extended to December 30, 2015.

Dated: November 17, 2015                    Respectfully submitted,

FARNAN LLP                                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian E. Farnan*                              */s/ Jack B. Blumenfeld*
Brian E. Farnan (#4089)                        Jack B. Blumenfeld (#1014)
Michael J. Farnan (#5165)                     1201 North Market Street
919 North Market Street, 12th Floor      P.O. Box 1347
Wilmington, DE 19801                         Wilmington, DE 19899
 (302) 777-0300                                   (302) 658-9200
bfarnan@farnanlaw.com                       jblumenfeld@mnat.com
mfarnan@farnanlaw.com

                                                          *Attorneys for Plaintiff*
*Attorneys for Defendants*


IT IS SO ORDERED  this _____ day of November, 2015.


                                                          _____
                                                          The Honorable Richard G. Andrews