## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., <br><br> Defendants. | Civil Action No. 15-990-RGA <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kalpana Srinivasan, Max L. Tribble, Jr., Joseph S. Grinstein, Genevieve Vose Wallace, and Elisha Barron of Susman Godfrey L.L.P. to represent Defendants AliphCom and Bodymedia, Inc. in this matter.

Date: December 15, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
302-777-0300
bfarnan@farnanlaw.com

*Attorney for Defendants AliphCom and Bodymedia, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid  X   to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.

Date: December 15, 2015           */s/Kalpana Srinivasan*
                                                                Kalpana Srinivasan
                                                                 **SUSMAN GODFREY L.L.P.**
                                                                 1901 Avenue of the Stars, Suite 950
                                                                 Los Angeles, California 90067-6029
                                                                 [Tel.] (310) 789-3100
                                                                 [Fax] (310) 789-3150
                                                                 ksrinivasan@susmangodfrey.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid   X   to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.


Date: December 15, 2015                    */s/Max L. Tribble, Jr.*
                                                                 Max L. Tribble, Jr.
                                                                 **SUSMAN GODFREY L.L.P.**
                                                                 1000 Louisiana, Suite 5100
                                                                 Houston, Texas  77002-5096
                                                                 [Tel.] (713) 651-9366
                                                                [Fax] (713) 654-6666
                                                                mtribble@susmangodfrey.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid  X  to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.

Date: December 15, 2015
                                       */s/ Joseph S. Grinstein*
                                       Joseph S. Grinstein
                                       **SUSMAN GODFREY L.L.P.**
                                       1000 Louisiana, Suite 5100
                                       Houston, Texas  77002-5096
                                       [Tel.] (713) 651-9366
                                       [Fax] (713) 651-9366
                                       jgrinstein@susmangodfrey.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid  X   to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.

Date: December 15, 2015                              */s/Genevieve Vose Wallace*
                                                                 Genevieve Vose Wallace
                                                                 **SUSMAN GODFREY L.L.P.**
                                                                  1201 Third Avenue, Suite 3800
                                                                 Seattle, Washington 98101-3000
                                                                 [Tel.] (206) 516-3880
                                                                 [Fax] (206) 516-3883
                                                                 gwallace@susmangodfrey.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid  X  to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.

Date: December 15, 2015

*/s/Elisha Barron*
Elisha Barron
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, New York 10022-6828
[Tel.] (212) 336-8330
[Fax] (212) 336-3800
ebarron@susmangodfrey.com