**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FITBIT, INC., | ) |
|         Plaintiff, | ) C.A. No. 15-cv-990-RGA |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., | ) |
|         Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants AliphCom and BodyMedia, Inc. certifies that BodyMedia, Inc. is a wholly owned subsidiary of AliphCom d/b/a Jawbone. AliphCom has no corporate parent, and no publicly held corporation owns 10% or more of AliphCom's stock.

Dated: December 17, 2015          Respectfully submitted,

                                               **FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

Kalpana Srinivasan (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150
ksrinivasan@susmangodfrey.com

Max L. Tribble, Jr. (admitted *pro hac vice*)
Joseph S. Grinstein (admitted *pro hac vice*)

**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
[Tel.] (713) 651-9366
[Fax] (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com

Genevieve Vose Wallace (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
[Tel.] (206) 516-3880
[Fax] (206) 516-3883
gwallace@susmangodfrey.com
esargeant@susmangodfrey.com
lcalkins@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, New York 10022-6828
[Tel.] (212) 336-8330
[Fax] (212) 336-3800
ebarron@susmangodfrey.com

*Attorneys for Defendants AliphCom and Bodymedia, Inc.*