## **RULE 7.1.1 CERTIFICATION**

The undersigned hereby certifies that, after conferring with counsel, Plaintiff did not provide its position with respect to the relief requested in the foregoing motion in response to Defendants' requests.

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)