# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FITBIT, INC., | ) | |
| | ) | C.A. No. 1:15-cv-00990-RGA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MICHAEL LUNA
## ON BEHALF OF ALIPHCOM D/B/A JAWBONE AND BODYMEDIA, INC.

I, Michael Luna, declare as follows:

1. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would competently testify as to the matters set forth herein.

2. I submit this Declaration in support of Defendants AliphCom d/b/a/Jawbone and BodyMedia, Inc.'s ("Jawbone") Motion to Transfer Venue Pursuant to 28 U.S. C § 1404(a).

3. I am the Chief Technology Officer at Aliphcom d/b/a Jawbone. I have been employed at Jawbone in this capacity since December of 2007 and held the position of Advisor to the Board from September to December 2007.

4. My responsibilities include day-to-day involvement in the research, development, design, engineering, maintenance and support of Jawbone's wearable fitness and activity trackers, including the UP24, UP2, UP3, UP Move, and UP4, which are used in conjunction with the UP App software interface (the "accused UP devices").

5. Jawbone is headquartered in San Francisco, California.

6. Jawbone's San Francisco facility is located at 99 Rhode Island Street, San Francisco CA 94103. Jawbone's Sunnyvale facility is located at 678 W. Maude, Sunnyvale CA 94085. Approximately 225 employees work from Jawbone's Northern California facilities.

7. Jawbone's Seattle facility is located at 2101 4th Avenue, 21st floor, Seattle, WA 98121. Jawbone's Seattle facility houses approximately 9 employees.

8. Jawbone gained a Pittsburgh facility when it acquired BodyMedia, Inc. in 2013. Jawbone's Pittsburgh facility is located at Union Trust Building 501 Grant Street, Suite 1075, Pittsburgh, PA 15219. Jawbone's Pittsburgh facility houses approximately 6 employees. These are the only employees of Jawbone or Bodymedia that are located in Pittsburgh.

9. In addition to its U.S. facilities, Jawbone also employees approximately 12 remote employees in the United States.

10. Jawbone does not have an office or other facility in Delaware.

11. The accused UP devices were principally designed and developed in Northern California.

12. No design or manufacture of the accused UP devices occurred in Delaware.

13. The majority of the non-party inventors of Bodymedia patents are located in Northern California.

14. As of the closing of Jawbone's acquisition of Bodymedia in April 2013, all patent prosecutions were managed out of San Francisco.

15. On September 2, 2014, I oversaw the consolidation of all patent prosecutions in the law firm in Palo Alto, CA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Executed this 16th day of December, 2015, at San Francisco, California.

_____
Michael Luna