# EXHIBIT B

**Exhibit B: Chart of Litigation Between AliPhcom d/b/a Jawbone, Body Media, Inc., and Fitbit, Inc.**

| Case Caption | Date Filed | Claims Asserted | Patents | Status of Case |
|---|---|---|---|---|
| *AliphCom d/b/a Jawbone and BodyMedia, Inc. v. Fitbit, Inc. et. al.*, Superior Court of the State of California for the County of San Francisco, No. CGC 15-546004 | May 27, 2015 | Misappropriation of Trade Secrets, Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.* | | Discovery in progress. |
| *AliphCom d/b/a Jawbone and BodyMedia, Inc. v. Fitbit, Inc.* U.S. District Court, Northern District of California, No. 3:15-cv-02579 | June 10, 2015 | Violation of 35 U.S.C. § 271 | 8,961,413 8,073,707 8,398,546 8,446,275 8,529,811 8,793,522 | Court considering stay pending resolution of ITC investigation into the same patents; Fitbit's Rule 12(C) (*Alice*) motion pending. |
| *Certain Activity Tracking Devices, Systems, and Components Thereof, DN3075* (Jawbone v. Fitbit) U.S. International Trade Commission Investigation No. 337-TA-963 | July 7, 2015 | Violations of § 337 of the Tariff Act of 1930 (19 U.S.C. § 1337) | 8,961,413 8,073,707 8,398,546 8,446,275 8,529,811 8,793,522 | Discovery in progress. |
| *Fitbit, Inc. v. AliphCom d/b/a Jawbone and BodyMedia, Inc.* U.S. District Court, District of Delaware, No. 1:15-cv-00775-RGA | Sept. 3, 2015 | Violation of 35 U.S.C. § 271 | 9,031,812 8,909,543 9,042,971 | Motion to Transfer Venue pending. |
| *Fitbit, Inc. v. AliphCom d/b/a Jawbone and BodyMedia, Inc.* U.S. District Court, Northern District of California, No. 5:15-cv-4073-PSG | Sept. 8, 2015 | Violation of 35 U.S.C. § 271 | 9,048,923 9,026,053 9,106,307 | Answer filed. |
| *Fitbit, Inc. v. AliphCom d/b/a Jawbone and BodyMedia, Inc.* U.S. District Court, District of Delaware, No. 1:15-cv-00990-RGA | Oct. 29, 2015 | Violation of 35 U.S.C. § 271 | 8,920,332 8,868,377 9,089,760 | Motion to Transfer Venue pending; Mandatory Stay pending. |
| *Certain Wearable Activity Tracking Devices, Systems, and Components Thereof, DN3096* (Fitbit v. Jawbone) U.S. International Trade Commission Investigation No. 337-TA-973 | Nov. 2, 2015 | Violations of § 337 of the Tariff Action of 1930 (19 U.S.C. 1337) | 9,920,332 8,868,377 9,089,760 | Investigation instituted. |