IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-990 (RGA) |
| | ) |
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Plaintiff Fitbit, Inc. to respond to Defendants' Motion to Transfer (D.I. 12) is extended from January 7, 2016 to January 21, 2016.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Plaintiff*

December 31, 2015
9744231

FARNAN LLP

*/s/ Brian E. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*

SO ORDERED this _____ day of January, 2016.

_____
United States District Judge