## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., ) | |
| ) | C.A. No. 15-cv-990-RGA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALIPHCOM d/b/a JAWBONE and ) | **DEMAND FOR JURY TRIAL** |
| BODYMEDIA, INC., ) | |
| ) | |
| Defendants. ) | |

### RULE 7.1.1 CERTIFICATION CONCERNING D.I. 15

The undersigned hereby certifies that, after conferring with Plaintiff's counsel, Plaintiff does not oppose Defendants' Motion to Stay Pursuant to 28 U.S.C. § 1659 (D.I. 15).

Dated: January 5, 2016              Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

Kalpana Srinivasan (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150
ksrinivasan@susmangodfrey.com

Max L. Tribble, Jr. (admitted *pro hac vice*)
Joseph S. Grinstein (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100

Houston, Texas  77002-5096
[Tel.] (713) 651-9366
[Fax] (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com

Genevieve Vose Wallace (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
[Tel.] (206) 516-3880
[Fax] (206) 516-3883
gwallace@susmangodfrey.com
esargeant@susmangodfrey.com
lcalkins@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, New York 10022-6828
[Tel.] (212) 336-8330
[Fax] (212) 336-3800
ebarron@susmangodfrey.com

*Attorneys for Defendants AliphCom and Bodymedia, Inc.*