IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., | ) |
| | ) C.A. No. 15-cv-990-RGA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALIPHCOM d/b/a JAWBONE and | ) **DEMAND FOR JURY TRIAL** |
| BODYMEDIA, INC., | ) |
| | ) |
| Defendants. | ) |

## [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO STAY THIS CASE PURSUANT TO 28 U.S.C § 1659

Defendants have established that the requirements for a mandatory stay pursuant to 28 U.S.C. § 1659 are met: 1) the parties to the above-captioned matter are also parties to a proceeding before the International Trade Commission ("ITC") under section 337 of the Tariff Act of 1930 in the matter titled, *Certain Wearable Activity Tracking Devices, Systems, and Components Thereof*, Investigation No. 337-TA-973, involving the same three patents; and 2) Defendants' motion was filed within 30 days of the institution of the ITC action.

Therefore, IT IS HEREBY ORDERED that Defendants' motion to stay this action until a final decision issues in the ITC action and that action can no longer be appealed is GRANTED. RGA

IT IS SO ORDERED.

Dated: Jan. 6, 2016

By: /s/ Richard G. Andrews
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE