IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FITBIT INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 15-990-RGA |
| ALIPHCOM and BODYMEDIA INC., | : | |
| Defendants. | : | |

## ORDER

WHEREAS, the above-captioned case was stayed on January 6, 2016, due to a proceeding that is presently pending before the International Trade Commission ("ITC");

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "ITC" proceeding has been resolved so that this case may be reopened and other appropriate action may be taken.

January 6, 2016
DATE

UNITED STATES DISTRICT JUDGE