IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-990 (RGA) |
| | ) |
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF FITBIT, INC.'S NOTICE OF RESOLUTION OF ITC PROCEEDING

On January 6, 2016, this Court stayed this case in light of a pending International Trade Commission Investigation titled *Certain Wearable Activity Tracking Devices, Systems, and Components Thereof,* Investigation No. 337-TA-973 (the "ITC Investigation"). *See* D.I. 17. Pursuant to the Court's Orders (D.I. 17-18), Plaintiff Fitbit, Inc. hereby notifies the Court that the ITC Investigation has been resolved and was terminated on February 1, 2017; *see* Notice of Commission Determination, ITC Investigation No. 337-TA-973 (Feb. 1, 2017, Exhibit A).

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| Josh A. Krevitt | */s/ Jack B. Blumenfeld* |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | Jack B. Blumenfeld (#1014) |
| New York, New York 10166 | 1201 North Market Street |
| (212) 351-4000 | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| Wayne M. Barsky | (302) 658-9200 |
| GIBSON, DUNN & CRUTCHER LLP | jblumenfeld@mnat.com |
| 2029 Century Park East | |
| Los Angeles, CA 90067-3026 | *Attorneys for Plaintiff* |
| (310) 552-8500 | |
| | |
| Mark N. Reiter | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 2100 McKinney Avenue | |
| Dallas, TX 75201-6912 | |
| (214) 698-3100 | |

Frederick S. Chung
Y. Ernest Hsin
Neema Jalali
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5392

February 17, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 17, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Kalpana Srinivasan, Esquire<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA  90067-6029<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Max L. Tribble, Jr., Esquire<br>Joseph S. Grinstein, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX  77002-5096<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Genevieve Vose Wallace, Esquire<br>Edgar G. Sargeant, Esquire<br>Lindsay Calkins, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

2

Elisha Barron, Esquire  *VIA ELECTRONIC MAIL*
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY  10022-6828
*Attorneys for Defendants*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

2