IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|        v. | ) C.A. No. 15-990 (RGA) |
| | ) |
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., | ) ) |
| | ) |
|        Defendants. | ) |

**JOINT STATUS REPORT**

The parties in the above-captioned action, by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Order of February 21, 2017. *See* D.I. 21.

**Procedural Status**

Plaintiff Fitbit, Inc. ("Fitbit") filed the Complaint in this action on October 29, 2015, asserting the infringement of three patents. *See* D.I. 1. Defendants Aliphcom d/b/a Jawbone and Bodymedia, Inc. (collectively, "Jawbone") then filed a motion to stay this action pursuant to 28 U.S.C. § 1659, on the grounds that the parties were also parties to a proceeding before the International Trade Commission (the "ITC"), titled *Certain Wearable Activity Tracking Devices, Systems, and Components Thereof,* Investigation No. 337-TA-973 (the "ITC Investigation"), which involved the same patents asserted in this action. This Court granted Jawbone's motion on January 6, 2016, and administratively closed this action until resolution of the ITC Investigation. *See* D.I. 17-18.

On December 23, 2016, Fitbit moved for termination of the ITC Investigation; neither Jawbone nor the International Trade Commission's Investigative Staff opposed the motion, and it was granted by the Administrative Law Judge on January 3, 2017. The ITC Commission

determined not to review this decision and terminated the ITC Investigation on February 1, 2017. *See* D.I. 20.

After receiving notice that the ITC Investigation had been resolved, this action was reopened on February 21, 2017. *See* D.I. 21. In the order reopening this case, the Court also ordered that the parties file a joint status report "addressing the future schedule to be put in place." *See* D.I. 21.

**Jawbone's Motion to Transfer Venue**

The parties respectfully submit that a schedule need not be entered in this action because of a pending motion to transfer venue, which, as explained below, Fitbit does not oppose. Prior to the stay and administrative closure of this action, Jawbone had moved to transfer venue of this action to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a). *See* D.I. 12-13. The stay was entered before Fitbit filed any response to Jawbone's motion. However, in a separate patent infringement action filed by Fitbit against Jawbone in this Court (*Fitbit, Inc. v. Aliphcom d/b/a Jawbone and Bodymedia, Inc.,* C.A No. 15-775-RGA), Jawbone also moved to transfer venue to the Northern District of California, which this Court granted on December 22, 2016. *See* C.A. No. 15-775-RGA, D.I.. 30; *see also* D.I. 11-12, 16, 20. In light of the Court's order on Jawbone's motion to transfer venue in the earlier case, Fitbit does not oppose Jawbone's pending motion in this case.

If the Court requires further information, the Parties are available at the Court's convenience.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| */s/ Jack B. Blumenfeld* | */s/ Michael J. Farnan* |

<table>
<tr><td>

Jack B. Blumenfeld (#1014)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@mnat.com  

*Attorneys for Plaintiff*

OF COUNSEL:

Josh A. Krevitt  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, New York 10166  
(212) 351-4000  

Wayne M. Barsky  
Jason C. Lo  
GIBSON, DUNN & CRUTCHER LLP  
2029 Century Park East  
Los Angeles, CA 90067-3026  
(310) 552-8500  

Mark N. Reiter  
GIBSON, DUNN & CRUTCHER LLP  
2100 McKinney Avenue  
Dallas, TX  75201-6912  
(214)698-3100  

Frederick S. Chung  
Y. Ernest Hsin  
Neema Jalali  
GIBSON, DUNN & CRUTCHER LLP  
1881 Page Mill Road  
Palo Alto, CA 94304  
(650) 849-5392  

</td><td>

Brian E. Farnan (#4089)  
Michael J. Farnan (#5165)  
919 North Market Street, 12th Floor  
Wilmington, DE  19801  
(302) 777-0300  
bfarnan@farnanlaw.com  
mfarnan@farnanlaw.com  

*Attorneys for Defendants*

OF COUNSEL:

Kalpana Srinivasan  
SUSMAN GODFREY L.L.P.  
1901 Avenue of the Stars  
Suite 950  
Los Angeles, CA  90067-6029  
(310) 789-3100  

Max L. Tribble, Jr.  
Joseph S. Grinstein  
SUSMAN GODFREY L.L.P.  
1000 Louisiana  
Suite 5100  
Houston, TX  77002-5096  
(713) 651-9366  

Genevieve Vose Wallace  
Edgar G. Sargent  
E. Lindsay Calkins  
1201 Third Avenue  
Suite 3800  
Seattle, WA  98101-3000  
(206) 516-3880  

Elisha Barron  
560 Lexington Avenue  
15th Floor  
New York, NY  10022-6828  
(212) 336-8330  

</td></tr>
</table>

February 28, 2017