IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FITBIT, INC., | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 15-990-RGA |
| ALIPHCOM, and BODYMEDIA, INC., et al., | : |
|         Defendants. | : |

### ORDER

WHEREAS, this matter was stayed and administratively closed on 1/6/2016, due to ITC proceedings (D.I. 17 and D.I. 18);

WHEREAS, the parties have filed a Joint Status Report advising that the ITC Investigation has been resolved, and requesting that the Court grant the now non-opposed Motion to Transfer Venue to the United States District Court for the Northern District of California (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED that, Motion to Transfer Venue to the United States District Court for the Northern District of California (D.I. 12) is GRANTED.

March 1, 2017
Date

/s/ Richard G. Andrews
United States District Judge