1  JOSH A. KREVITT (SBN 208552)
   jkrevitt@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue, 47th Floor
3  New York, New York 10166
   Tel: (212) 351-4000
4  Fax: (212) 351-4035

5  FREDERICK S. CHUNG (SBN 183337)
   fchung@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
7  Palo Alto, CA 94304
   Tel: (650) 849-5300
8  Fax: (650) 849-5333

9  JASON C. LO (SBN 219030)
   jlo@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Ave
11 Los Angeles, CA 90071-3197
   Tel: (213) 229-7000
12 Fax: (213) 229-7520

13
   Attorneys for Plaintiff
14 FITBIT, INC.

15

16                 UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

18 FITBIT, INC.,

19         Plaintiff,

20    v.                                         Case No.: 3:17-cv-01139-JCS

21 ALIPHCOM D/B/A JAWBONE and                    **NOTICE OF APPEARANCE OF
   BODYMEDIA, INC.,                              COUNSEL FOR PLAINTIFF FITBIT, INC.**

22         Defendants.

23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

FITBIT, INC.'S NOTICE OF APPEARANCE OF COUNSEL
Case No. 3:17-cv-01139-JCS

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiff Fitbit, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of Plaintiff Fitbit, Inc.:

> FREDERICK S. CHUNG (SBN 183337)
> fchung@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 1881 Page Mill Road
> Palo Alto, CA 94304
> Telephone: 650.849.5392
> Facsimile: 650.849.5092

Frederick S. Chung is admitted to practice and in good standing in the Northern District of California.

| | |
|---|---|
| Date:   March 9, 2017 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | */s/ Frederick Chung* |
| | FREDERICK S. CHUNG (SBN 183337)<br>fchung@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650.849.5392<br>Facsimile: 650.849.5092 |
| | Attorney for Plaintiff<br>FITBIT, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015, I caused to be electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated:   March 9, 2017                    By:   */s/ Frederick Chung*