JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300
Fax: (650) 849-5333

JASON C. LO (SBN 219030)
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-7520

Attorneys for Plaintiff
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| FITBIT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC.,<br><br>    Defendants. | Case No.: 3:17−cv−01139−JCS<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF FITBIT, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiff Fitbit, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of Plaintiff Fitbit, Inc.:

>JASON C. LO (SBN 219030)
>jlo@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>333 South Grand Ave
>Los Angeles, CA 90071-3197
>Tel: (213) 229-7000
>Fax: (213) 229-7520

Jason C. Lo is admitted to practice and in good standing in the Northern District of California.

Date:   March 9, 2017

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Jason Lo*

JASON C. LO (SBN 219030)
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-7520

Attorneys for Plaintiff
FITBIT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015, I caused to be electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: March 9, 2017        By: */s/ Jason Lo*

---

2

FITBIT, INC.'S NOTICE OF APPEARANCE OF COUNSEL
Case No. 3:17−cv−01139−JCS

Gibson, Dunn & Crutcher LLP