1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., | Case No. 5:17-cv-01139-JCS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ALIPHCOM d/b/a JAWBONE AND BODYMEDIA, INC.** |
| vs. | |
| ALIPHCOM, INC. d/b/a JAWBONE and BODYMEDIA, INC., | |
| Defendants. | Date: April 14, 2017<br>Time: 9:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge: Hon. Beth L. Freeman |

1   THIS COURT, having reviewed Susman Godfrey L.L.P.'s Motion for withdrawal as
2   counsel for Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. HEREBY GRANTS said
3   motion and ORDERS a 60-day continuance of all deadlines to permit Jawbone to substitute
4   counsel.

7   Dated this ___ day of _____

    _____
10  District Court Magistrate Judge Joseph C. Spero

4829251v1/014972 [Proposed] Order re Motion to Withdraw as Counsel For Defendants          Case No. 5:17-cv-01139-JCS

1