UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT INC, <br><br>    Plaintiff. <br><br> v. <br><br>ALIPHCOM, et al., <br><br>    Defendants. | Case No. 17-cv-01139-JCS <br><br>**NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE** <br><br>Re: Dkt. No. 30 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on October 29, 2015. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties before Chief Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by either party.

Defendants have filed a Motion to Withdraw as Counsel. Accordingly, the parties are instructed to sign and electronically the attached Consent or Declination to Magistrate Judge Jurisdiction within **seven (7) calendar days** of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. Please note that any party is free to withhold consent to proceed before a magistrate judge without substantive consequences.

If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

Dated: March 13, 2017

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT INC,<br><br>        Plaintiff.<br><br>    v.<br><br>ALIPHCOM, et al.,<br><br>        Defendants. | Case No.  17-cv-01139-JCS<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(  )  **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

(  )  **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____         NAME: _____

                                                      COUNSEL FOR
                                                      (OR "PRO SE"): _____

                                                                                          _____
                                                                                                      Signature