UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC., <br><br> Defendant(s). | Case No:: 3:17-cv-01139-JCS <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Mark N. Reiter__, an active member in good standing of the bar of __Texas__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Fitbit, Inc.__ in the above-entitled action. My local co-counsel in this case is __Frederick S. Chung__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2100 McKinney Avenue, <br> Dallas, TX 75201-6912 | 1881 Page Mill Road <br> Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 698-3100 | (650) 849-5300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mreiter@gibsondunn.com | fchung@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __16759900__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   March 13, 2017                          */s/ Mark N. Reiter*
                                                                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Mark N. Reiter__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### MARK N. REITER

Bar Number:                             Date of Admission:

**16759900**                            05/14/1991

Witness my official signature and the seal of this court.

Dated: _____3/10/2017_____         Karen Mitchell,
                                        Clerk of Court

                                        By: __D. Aguilera__
                                            Deputy Clerk