UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC.,<br><br>    Defendant(s). | Case No.: 3:17−cv−01139−JCS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, __Mark N. Reiter__, an active member in good standing of the bar of __Texas__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Fitbit, Inc.__ in the above-entitled action. My local co-counsel in this case is __Frederick S. Chung__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2100 McKinney Avenue,<br>Dallas, TX 75201-6912 | 1881 Page Mill Road<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 698-3100 | (650) 849-5300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mreiter@gibsondunn.com | fchung@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __16759900__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  March 13, 2017                         /s/ Mark N. Reiter
                                                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Mark N. Reiter__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/15/17

                                                                Judge Joseph C. Spero
                                                                UNITED STATES MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                        *October 2012*