JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

WAYNE M. BARSKY (SBN 116731)
wbarsky@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Tel: (310) 552-8500
Fax: (310) 551-8741

MARK N. REITER (*Pro Hac Vice*)
mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
Y. ERNEST HSIN (SBN 201668)
ehsin@gibsondunn.com
NEEMA JALALI (SBN 245424)
njalali@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300
Fax: (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.,<br><br>Defendants. | Case No. 5:17-cv-01139-WHO<br><br>**PLAINTIFF FITBIT, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

Pursuant to Local Rule 7-3(b), Plaintiff Fitbit, Inc. advises the Court that it does not oppose the Motion to Withdraw as Counsel for Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. in this case (Dkt. No. 30).

Date: March 23, 2017

Respectfully submitted,
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Frederick Chung*

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

WAYNE M. BARSKY (SBN 116731)
wbarsky@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Tel: (310) 552-8500
Fax: (310) 551-8741

MARK N. REITER (*Pro Hac Vice*)
mreiter@gibsondunn.com
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
Y. ERNEST HSIN (SBN 201668)
ehsin@gibsondunn.com
NEEMA JALALI (SBN 245424)
njalali@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300
Fax: (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc.*

1

PLAINTIFF FITBIT, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
CASE NO. 5:17-CV-01139-WHO

## CERTIFICATE OF SERVICE

I, Frederick Chung, hereby certify that on March 23, 2017, I did cause to be electronically filed the foregoing document with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: March 23, 2017                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Frederick Chung*

2

PLAINTIFF FITBIT, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
CASE NO. 5:17-CV-01139-WHO