UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT INC,<br><br>           Plaintiff,<br><br>    v.<br><br>ALIPHCOM, et al.,<br><br>           Defendants. | Case No. 3:17-cv-01139-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ALIPHCOM d/b/a JAWBONE AND BODYMEDIA, INC.**<br><br>Re: Dkt. No. 30 |

Having reviewed Susman Godfrey L.L.P.'s motion for withdrawal as counsel for defendants and plaintiff's statement of non-opposition (Dkt. No. 37), I GRANT the motion and order a 60-day stay to permit Jawbone to substitute counsel. The Case Management Conference shall remain as scheduled on June 13, 2017. A Joint Case Management Statement is due on June 6, 2017.

**IT IS SO ORDERED.**

Dated: April 3, 2017



William H. Orrick
United States District Judge