UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FITBIT, INC.,

        Plaintiff,

  v.

ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC.,

        Defendants.

Case No. 3:17-CV-1139-WHO

**ADR CERTIFICATION BY PLAINTIFF FITBIT, INC. AND ITS COUNSEL**

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.cand.uscourts.gov/adr (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 30, 2017

/s/*Matthew Hollander*
Matthew Hollander on behalf of Fitbit, Inc.

Dated: May 30, 2017

/s/*Frederick S. Chung*
Frederick S. Chung, counsel for Fitbit, Inc.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  May 30, 2017

By: */s/ Frederick S. Chung*

**GIBSON, DUNN & CRUTCHER LLP**

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300
Fax: (650) 849-5333

*Counsel for Plaintiff FITBIT, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I caused to be electronically filed the foregoing ADR CERTIFICATION BY PLAINTIFF FITBIT, INC. AND ITS COUNSEL with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

By:  */s/ Frederick Chung*

Gibson, Dunn &
Crutcher LLP