1  CAROLYN CHANG (217933)
   carolyn@martonribera.com
2  HECTOR J. RIBERA (221511)
   hector@martonribera.com
3  DAVID D. SCHUMANN (223936)
   david@martonribera.com
4  RYAN J. MARTON (223979)
   ryan@martonribera.com
5  MARTON RIBERA SCHUMANN & CHANG LLP
   548 Market Street, Suite 36117
6  San Francisco, CA 94104
   Tel.: (415) 360-2511

*Attorney for Defendants AliphCom and Bodymedia, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC.<br><br>           Plaintiff,<br><br>           v.<br><br>ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.<br><br>           Defendants. | Case No: 3:17-cv-01139-WHO<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS ALIPHCOM AND BODYMEDIA, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc., and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf Defendants:

>CAROLYN CHANG (SBN 217933)
>carolyn@martonribera.com
>MARTON RIBERA SCHUMANN & CHANG LLP
>548 Market Street, Suite 36117
>San Francisco, CA 94104
>Telephone: (415) 360-2514

Carolyn Chang is admitted to practice and in good standing in the Northern District of California.

Dated: May 31, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MARTON RIBERA SCHUMANN & CHANG LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Carolyn Chang*
　　　　　　　　　　　　　　　　　　　　　　　Carolyn Chang

　　　　　　　　　　　　　　　　　　　　CAROLYN CHANG (SBN 217933)
　　　　　　　　　　　　　　　　　　　　carolyn@martonribera.com
　　　　　　　　　　　　　　　　　　　　MARTON RIBERA SCHUMANN & CHANG LLP
　　　　　　　　　　　　　　　　　　　　548 Market Street, Suite 36117
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 360-2514

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2017, I caused to be electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: May 31, 2017					By:	/s/ *Carolyn Chang*
							Carolyn Chang

Notice of Appearance of Counsel for Defendants
Case No. 3:17-cv-01139-WHO