UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** June 13, 2017 | **Time:** 6 minutes<br>2:12 p.m. to 2:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-01139-WHO | **Case Name:** Fitbit, Inc. v. AliphCom | |

**Attorney for Plaintiff:** Frederick S. Chung
**Attorney for Defendant:** Carolyn Chang

**Deputy Clerk:** Jean Davis        **Court Reporter:** FTR Recording

PROCEEDINGS

Counsels' proposed schedule is agreeable. Hearing dates are set as indicated below. The claim construction will be limited to ten (10) terms and one hour per side. The tutorial should be of a similar length. The Court encourages counsel to work cooperatively in the discovery process and reminds counsel of the preferred procedure for presenting discovery disputes. The Court inquires as to ADR process. Counsel are open to mediation prior to the claim construction. The current deadline in August may be adjusted modestly by agreement of the parties via stipulation and order.

**Tutorial set for January 12, 2018 at 9:00 a.m.**
**Claim Construction Hearing set for January 19, 2018 at 9:00 a.m.**