# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Fitbit, Inc., | 17-01139 WHO MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| AliphCom, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Vicki S. Veenker
> Veenker Law Offices
> 2091 Barbara Drive
> Palo Alto, CA 94303
> 650-329-9797
> vicki@veenkerlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
17-01139 WHO MED                - 1 -

Counsel are reminded that the written mediation statements required by ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 20, 2017

           SUSAN Y. SOONG
           Clerk
           by:    Claudia M. Forehand

           /s/
           ADR Case Administrator
           415-522-2059
           Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
17-01139 WHO MED    - 2 -

**United States District Court**
**Northern District of California**