| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt (SBN 208552)<br>jkrevitt@gibsondunn.com<br>200 Park Avenue, 47th Floor<br>New York, New York 10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br><br>*Attorney for Plaintiff Fitbit, Inc.*<br><br>(Additional Counsel for Plaintiff listed below signature line) | MARTON RIBERA SCHUMANN & CHANG LLP<br>Carolyn Chang (SBN 217933)<br>carolyn@martonribera.com<br>548 Market St. Suite 36117<br>San Francisco, CA 94104<br>Tel: (415) 360-2511<br><br>*Attorney for Defendants AliphCom and Bodymedia, Inc.*<br><br>(Additional Counsel for Defendants listed below signature line) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FITBIT, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.<br><br>　　　　Defendants. | Case No: 3:17-CV-1139-WHO<br><br>**JOINT MOTION TO EXTEND PRE-MARKMAN AND MARKMAN DEADLINES**<br><br>Judge: Hon. William H. Orrick<br>Date Transferred: Mar. 6, 2017 |

Plaintiff Fitbit, Inc. ("Fitbit") and Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. (collectively, "Jawbone") hereby respectfully request an extension of the deadline for mediation (*see* Dkt. 45) and the pretrial deadlines proposed by the parties and accepted by the Court at the June 13, 2017 Case Management Conference (*see* Dkts. 46-47).

The parties held a pre-mediation telephone conference with the court-appointed mediator, Vicki Veenker, on June 28, 2017.  Given the schedules of the parties and lead attorneys, including trials in other cases, the parties agreed that extending the deadline by which to complete the mediation until October 31, 2017 would be mutually beneficial.  Ms. Veenker also stated that she had no objection to such an extension.

Additionally, as noted in the July 14, 2017 notice filed by AliphCom (assignment for the benefit of creditors) LLC ("Assignee") (Dkt. 50), on June 19, 2017 Jawbone assigned all its asserts to Assignee.  Since then, Assignee has elected to proceed with the defense of these actions as Attorney in Fact for Jawbone.  Jawbone requested and Fitbit agreed to a 30-day extension of the parties' previously proposed pre-Markman deadlines to provide Assignee additional time to familiarize itself with the case.  This is the first requested amendment to the Court's schedule.  The parties' agreed upon schedule is set forth below:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Serve Invalidity Contentions and produce accompanying documents (Patent L.R. 303 and 3-4) | August 11, 2017 | September 11, 2017 |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | August 25, 2017 | September 25, 2017 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | September 15, 2017 | October 13, 2017 |
| Serve Damages Contentions (Patent L.R. 3-8) | October 2, 2017 | November 1, 2017 |

| | | |
|---|---|---|
| File Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | October 10, 2017 | November 10, 2017 |
| Serve Responsive Damages Contentions (Patent L.R. 3-9) | November 1, 2017 | December 1, 2017 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | November 9, 2017 | December 8, 2017 |
| File Opening Claim Construction Brief (Patent L.R. 4-5) | November 24, 2017 | January 5, 2018 |
| File Responsive Claim Construction Brief (Patent L.R. 4-5) | December 8, 2017 | January 19, 2018 |
| File Reply Claim Construction Brief (Patent L.R. 4-5) | December 15, 2017 | January 26, 2018 |
| Claim Construction Tutorial | January 12, 2018 | **TBD by Court** |
| Claim Construction Hearing | January 19, 2018 | **TBD by Court** |

Dated:  August 1, 2017

By:  /s/ Frederick S. Chung

**GIBSON, DUNN & CRUTCHER LLP**

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

JASON C. LO (SBN 219030)
jlo@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Tel:  (310) 552-8500
Fax:  (310) 551-8741

MARK N. REITER (*Pro Hac Vice*)

By:  /s/ Carolyn Chang

**MARTON RIBERA SCHUMANN & CHANG LLP**

CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR RIBERA (221511)
hector@martonribera.com
DAVID D. SCHUMANN (223936)
david@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
548 Market Street, Suite 36117
San Francisco, California  94104
[Tel.] (415) 360-2511

*Attorney for Defendants AliphCom and BodyMedia, Inc.*

Joint Motion to Extend Pre-Markman and Markman Dates
Case No. 3:17-CV-1139-WHO

2

1 | mreiter@gibsondunn.com
2 | 2100 McKinney Avenue
  | Dallas, TX 75201-6912
  | Tel:  (214) 698-3100
3 | Fax:  (214) 571-2900

4 | FREDERICK S. CHUNG
  | fchung@gibsondunn.com
5 | RYAN IWAHASHI
  | riwahashi@gibsondunn.com
6 | 1881 Page Mill Road
  | Palo Alto, CA 94304
7 | Tel:  (650) 849-5300
  | Fax:  (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc*

## ATTESTATION IN CONCURRENCE OF FILING

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Frederick Chung, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: August 1, 2017                    By:   /s/ *Frederick S. Chung*
                                               Frederick S. Chung

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I caused to be electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: August 1, 2017                    By:   /s/ *Frederick S. Chung*
                                               Frederick S. Chung

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below:**

**Tutorial set for: February 16, 2018**

**Claim Construction set for: February 23, 2018**

Dated: August 4, 2017

By: _____
**WILLIAM H. ORRICK**
**UNITED STATES DISTRICT JUDGE**