UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.<br><br>　　　　　　Defendants. | Case No: 3:17-cv-01139-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ALIPHCOM d/b/a JAWBONE AND BODYMEDIA, INC.**<br><br>DATE:　　　September 20, 2017<br>TIME:　　　2:00 p.m.<br>PLACE:　　Courtroom 2, 17th Floor |

THIS COURT, having heard Marton Ribera Schumann & Chang LLP's Motion for Withdrawal as Counsel for Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc., hereby GRANTS said motion.

Dated: September __, 2017

_____
The Honorable Edward J. Davila
United States District Judge