1  JOSH A. KREVITT (SBN 208552)
   jkrevitt@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue, 47th Floor
3  New York, NY 10166
   Tel:  (212) 351-4000
4  Fax:  (212) 351-4035

5  WAYNE M. BARSKY (SBN 116731)
   wbarsky@gibsondunn.com
6  JASON C. LO (SBN 219030)
   jlo@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East
8  Los Angeles, CA 90067-3026
   Tel:  (310) 552-8500
9  Fax:  (310) 551-8741

10 MARK N. REITER (*Pro Hac Vice)*
   mreiter@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   2100 McKinney Avenue
12 Dallas, TX 75201-6912
   Tel:  (214) 698-3100
13 Fax:  (214) 571-2900

14 FREDERICK S. CHUNG (SBN 183337)
   fchung@gibsondunn.com
15 Y. ERNEST HSIN (SBN 201668)
   ehsin@gibsondunn.com
16 NEEMA JALALI (SBN 245424)
   njalali@gibsondunn.com
17 GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
18 Palo Alto, CA 94304
   Tel:  (650) 849-5300
19 Fax:  (650) 849-5333

20 *Attorneys for Plaintiff Fitbit, Inc.*

21              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
22

23 FITBIT, INC.,                          Case No. 3:17-cv-01139-WHO

24              Plaintiff,                **PLAINTIFF FITBIT, INC.'S STATEMENT OF
                                          NON-OPPOSITION TO MOTION TO
25         v.                             WITHDRAW AS COUNSEL FOR DEFENDANTS**

26 ALIPHCOM d/b/a JAWBONE and
   BODYMEDIA, INC.,
27

28              Defendants.

---

1   Pursuant to Local Rule 7-3(b), Plaintiff Fitbit, Inc. advises the Court that it does not oppose

2   the Motion to Withdraw as Counsel for Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. in

3   this case (Dkt. No. 53).

4   Date:   August 25, 2017

Respectfully submitted,
GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Frederick Chung

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

WAYNE M. BARSKY (SBN 116731)
wbarsky@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Tel:  (310) 552-8500
Fax:  (310) 551-8741

MARK N. REITER (*Pro Hac Vice*)
mreiter@gibsondunn.com
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel:  (214) 698-3100
Fax:  (214) 571-2900

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
Y. ERNEST HSIN (SBN 201668)
ehsin@gibsondunn.com
NEEMA JALALI (SBN 245424)
njalali@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 849-5300
Fax:  (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc.*

1

PLAINTIFF FITBIT, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANTS
CASE NO. 3:17-CV-01139-WHO

1

**CERTIFICATE OF SERVICE**

2      I, Frederick Chung, hereby certify that on August 25, 2017, I did cause to be electronically

3   filed the foregoing document with the Clerk of the Court via CM/ECF. Notice of this filing will be

4   sent by email to all parties by operation of the Court's electronic filing systems.

5

6   Dated:    August 25, 2017                                    GIBSON, DUNN & CRUTCHER LLP

7

8                                                          By:   */s/ Frederick Chung*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF FITBIT, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANTS
CASE NO. 3:17-CV-01139-WHO