| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt (SBN 208552)<br>jkrevitt@gibsondunn.com<br>200 Park Avenue, 47th Floor<br>New York, New York 10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br><br>*Attorney for Plaintiff Fitbit, Inc.*<br><br>(Additional Counsel for Plaintiff listed below signature line) | MARTON RIBERA SCHUMANN & CHANG LLP<br>Carolyn Chang (SBN 217933)<br>carolyn@martonribera.com<br>548 Market St. Suite 36117<br>San Francisco, CA 94104<br>Tel: (415) 360-2511<br><br>*Attorney for Defendants AliphCom and Bodymedia, Inc.*<br><br>(Additional Counsel for Defendants listed below signature line) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FITBIT, INC.<br><br>                Plaintiff,<br><br>   v.<br><br>ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.<br><br>                Defendants. | Case No: 3:17-CV-1139-WHO<br><br>**JOINT MOTION TO EXTEND PRE-MARKMAN DEADLINES**<br><br>Judge: Hon. William H. Orrick<br>Date Transferred: Mar. 6, 2017 |

On August 1, 2017, the parties filed a joint request for a 30-day extension of the parties' previously proposed pre-Markman deadlines to provide AliphCom (assignment for the benefit of creditors) LLC ("Assignee") additional time to familiarize itself with the case (Dkt. 51). The court granted that request on August 4, 2017 and set a Tutorial for February 16, 2017 and a *Markman* hearing for February 23, 2017.

Since then, counsel for Defendants Aliphcom d/b/a Jawbone and BodyMedia, Inc. ("Jawbone") has filed a motion to withdraw as counsel, and the hearing is set for September 20, 2017. (Dkt. 53). Therefore, Jawbone has requested and plaintiff Fitbit, Inc. ("Fitbit") does not oppose extending the pre-*Markman* deadlines set forth in this Court's August 4, 2017 Order by two weeks, until after the hearing on the Motion to Withdraw. Jawbone's proposal does not affect any filing dates or hearings involving the Court, other than the filing of the Joint Claim Construction and Prehearing Statement; deadlines for claim construction briefing and the court-set Tutorial and *Markman* hearing dates remain the same. This is the second requested amendment to the Court's schedule. The proposed schedule, which Fitbit does not oppose, is set forth below:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Serve Invalidity Contentions and produce accompanying documents (Patent L.R. 303 and 3-4) | September 11, 2017 | September 25, 2017 |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | September 25, 2017 | October 9, 2017 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | October 13, 2017 | October 27, 2017 |
| Serve Damages Contentions (Patent L.R. 3-8) | October 30, 2017 | November 13, 2017 |
| File Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | November 10, 2017 | November 22, 2017 |

| | | |
|---|---|---|
| Serve Responsive Damages Contentions (Patent L.R. 3-9) | December 1, 2017 | December 15, 2017 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | December 8, 2017 | December 22, 2017 |
| File Opening Claim Construction Brief (Patent L.R. 4-5) | January 5, 2018 | Unchanged |
| File Responsive Claim Construction Brief (Patent L.R. 4-5) | January 19, 2018 | Unchanged |
| File Reply Claim Construction Brief (Patent L.R. 4-5) | January 26, 2018 | Unchanged |
| Claim Construction Tutorial | **February 16, 2018** | Unchanged |
| Claim Construction Hearing | **February 23, 2018** | Unchanged |

Dated: September 12, 2017

By: */s/ Frederick S. Chung*

**GIBSON, DUNN & CRUTCHER LLP**

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

JASON C. LO (SBN 219030)
jlo@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Tel: (310) 552-8500
Fax: (310) 551-8741

MARK N. REITER (*Pro Hac Vice*)
mreiter@gibsondunn.com
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

By: */s/ Carolyn Chang*

**MARTON RIBERA SCHUMANN & CHANG LLP**

CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR RIBERA (221511)
hector@martonribera.com
DAVID D. SCHUMANN (223936)
david@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
[Tel.] (415) 360-2511

*Attorney for Defendants AliphCom and BodyMedia, Inc.*

FREDERICK S. CHUNG
fchung@gibsondunn.com
RYAN IWAHASHI
riwahashi@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300
Fax: (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc.*

## ATTESTATION IN CONCURRENCE OF FILING

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Carolyn Chang, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: September 12, 2017            By:    /s/ *Carolyn Chang*
                                                               Carolyn Chang

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, I caused to be electronically filed the foregoing Joint Motion to Extend Pre-Markman Deadlines with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: September 12, 2017            By:    /s/ *Carolyn Chang*
                                                               Carolyn Chang

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2017

By: _____
    **WILLIAM H. ORRICK**
    **UNITED STATES DISTRICT JUDGE**

Joint Motion to Extend Pre-Markman Dates
Case No. 3:17-CV-1139-WHO