UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FITBIT INC,

        Plaintiff,

   v.

ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC.,

        Defendants.

Case No. 3:17-cv-01139-WHO

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Re: Dkt. No. 53

I have reviewed Marton Ribera Schuman & Chang LLP's motion to withdraw as counsel (Dkt. No. 53), considered the client's expressed consent (*Id.* at 1), and plaintiff's statement of non-opposition (Dkt. No. 54) and find this matter suitable for resolution without a hearing. Civil L. R. 7-1(b). I GRANT the motion and order a 60-day stay to permit Jawbone time to assess how to proceed. Once Jawbone obtains counsel, the parties should meet and confer regarding the patent local rule disclosure deadlines. In light of the stay, I will not enter the stipulation (Dkt. No. 55) as the Court's order. A Case Management Conference will be set for November 7, 2017, with a joint statement due by October 31, 2017.

**IT IS SO ORDERED.**

Dated: September 13, 2017

William H. Orrick
United States District Judge