UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** November 7, 2017 | **Time:** 2:07 - 2:11 = 4 minutes | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-01139-WHO | **Case Name:** Fitbit, Inc. v. AliphCom | |

**Attorneys for Plaintiff:** Frederick Chung
**Attorneys for Defendant:** No Appearance

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** FTR Recording

PROCEEDINGS

Case Management Conference

Plaintiff's counsel informed the Court that the defendant is in the process of undergoing an assignment for benefit of creditors (California state procedure). The defendant has assigned all of its assets to a holding company and that company is in the process of selling all of those assets.

Plaintiff's counsel intends on filing a motion for default judgment within the next 45 days.

 The Court vacated all existing deadlines and will issue an order directing the defendant to enter an appearance of counsel within 30 days and, if it fails to do so, plaintiff shall file a motion for a default judgment within 60 days.