JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

WAYNE M. BARSKY (SBN 116731)
wbarsky@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Tel:  (310) 552-8500
Fax:  (310) 551-8741

MARK N. REITER (*Pro Hac Vice*)
mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel:  (214) 698-3100
Fax:  (214) 571-2900

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
Y. ERNEST HSIN (SBN 201668)
ehsin@gibsondunn.com
NEEMA JALALI (SBN 245424)
njalali@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 849-5300
Fax:  (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FITBIT, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC., <br><br>  Defendants. | Case No. 3:17-cv-01139-WHO <br><br> **PLAINTIFF FITBIT, INC.'S MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Fitbit, Inc. ("Fitbit") hereby moves to dismiss all claims in this case against Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. (collectively, "Jawbone") with prejudice.

Fitbit filed this patent infringement action against Jawbone on October 29, 2015. Jawbone answered on December 17, 2015, but did not file any counterclaims. Counsel for Jawbone has since withdrawn from this case. The parties have now entered into a settlement agreement, with an effective date of December 12, 2017, that resolves this case and all other civil cases between the parties. Pursuant to that settlement agreement, the parties have agreed that all of the claims of this case should be dismissed with prejudice, with each party bearing its own fees and costs.

Given that Defendants have not filed any counterclaims and that counsel for Defendants has now withdrawn from this case, Fitbit is unaware of any impediment to dismissal. Fitbit respectfully requests that the Court dismiss this case with prejudice, with each party bearing its own attorneys' fees and costs.

Date:    December 14, 2017

Respectfully submitted,
GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Frederick Chung*

JOSH A. KREVITT (SBN 208552)
jkrevitt@gibsondunn.com
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

WAYNE M. BARSKY (SBN 116731)
wbarsky@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Tel: (310) 552-8500
Fax: (310) 551-8741

1

MARK N. REITER (*Pro Hac Vice*)
mreiter@gibsondunn.com
2100 McKinney Avenue
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

FREDERICK S. CHUNG (SBN 183337)
fchung@gibsondunn.com
Y. ERNEST HSIN (SBN 201668)
ehsin@gibsondunn.com
NEEMA JALALI (SBN 245424)
njalali@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300
Fax: (650) 849-5333

*Attorneys for Plaintiff Fitbit, Inc.*

# CERTIFICATE OF SERVICE

I, Frederick Chung, hereby certify that on December 14, 2017, I did cause to be electronically filed the foregoing document with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated:   December 14, 2017                                     GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Frederick Chung*