1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC., <br><br> Defendants. | Case No. 3:17-cv-01139-WHO <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FITBIT, INC.'S MOTION TO DISMISS** |

1     THIS COURT, having reviewed Plaintiff Fitbit, Inc.'s Motion to Dismiss, IT IS SO ORDERED:

    1.     The motion is GRANTED;

    2.     This Case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2); and

    3.     Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _____       _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE