UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALIPHCOM, et al.,<br><br>　　　　　Defendants. | Case No. 3:17-cv-01139-WHO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 60 |

Plaintiff Fitbit, Inc. has notified the Court that the parties have entered into a settlement agreement and all claims of this case should be dismissed with prejudice, with each party bearing its own fees and costs. Dkt. No. 60. Fitbit's motion is GRANTED, the hearing on the motion to dismiss is VACATED and the case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own attorneys' fees and costs. If defendants disagree with this representation by plaintiff and with the resolution of this case as described above, they shall file an opposition within ten days of the date below and the Court will reopen the case.

**IT IS SO ORDERED.**

Dated: January 4, 2018

_____
William H. Orrick
United States District Judge